# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5102**                       **September Term, 2023**

**1:21-cv-02679-UNA**

**Filed On:** September 5, 2023

Helga G. Suarez Clark,

        Appellant

    v.

United States of America, et al.,

        Appellees

### ON APPEAL FROM THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**BEFORE:**    Henderson, Walker, and Garcia, Circuit Judges

### J U D G M E N T

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the motions to appoint counsel, it is

**ORDERED** that the motions to appoint counsel be denied. In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's March 29, 2022 order be affirmed. The district court did not err by dismissing the case without prejudice after denying appellant's motions to extend the time to file, and to file out of time, an amended complaint. Because appellant's proposed amended complaint did not set forth "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a), the district court correctly concluded that allowing appellant to file the amended complaint out of time would be futile, see Singletary v. Howard Univ., 939 F.3d 287, 295 (D.C. Cir. 2019).

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 22-5102

## September Term, 2023

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

## <u>Per Curiam</u>

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
  Daniel J. Reidy
  Deputy Clerk